■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE PEREZ, Appellant, v RAYMOND CUNNINGHAM, as Superintendent of Woodbourne Correctional Facility, et al., Respondents. [901 NYS2d 875]—Appeal from a judgment of the Supreme Court (LaBuda, J.), entered June 30, 2009 in Sullivan County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 70, without a hearing.

Petitioner's claim on this appeal, like the ones asserted in *People ex rel. Germenis v Cunningham* (73 AD3d 1297 [2010] [decided herewith]) and *People ex rel. St. Pierre v Cunningham* (73 AD3d 1310 [2010] [decided herewith]), sounds in breach of contract and is based upon the provisions of form 3617 of the Department of Correctional Services. For the reasons set forth in *People ex rel. Germenis v Cunningham (supra)* and *People ex rel. St. Pierre v Cunningham (supra)*, we find petitioner's breach of contract claim to be unavailing.

Mercure, J.P., Spain, Lahtinen, Stein and Garry, JJ., concur. Ordered that the judgment is affirmed, without costs.